**FILED**

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Aug 25, 2020

JAMES W. McCORMACK. CLERK
By: Forrest Dunn D.C.

DEP CLERK

...R OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:15CR20174 |
| DOCKET NUMBER *(Rec. Court)* | 4:20-CR-238-LPR |

| ...PERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District of Tennessee | Memphis |

Robert Earl Williams, Jr.
Jonesboro, AR

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Sheryl H. Lipman |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/17/2020 | 84/16/2024 |

OFFENSE

21 U.S.C. § 846; Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine.

RECEIVED

AUG 2 4 2020

CLERK, U.S. DIST. COURT
WESTERN DIST. OF TENN.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  WESTERN DISTRICT OF TENNESSEE

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Eastern District of Arkansas___ upon that Court's order Of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this court.*

| 8/18/2020 | s/ Sheryl H. Lipman |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Eastern___ DISTRICT OF ___Arkansas___

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

| 8 24 2020 | |
|---|---|
| *Effective Date* | *United States District Judge* |

**FRENCH** IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| | ) | |
| Plaintiff, | ) | Cr. No. ___15-20194___ |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 1956(h) |
| JOHNNIE WILBORN, | ) | |
| a/k/a "T-Baby," | ) | |
| a/k/a "T-Dot," | ) | |
| TRAVIS HUSTON, | ) | |
| aka "Ball-out," | ) | |
| FRED WILSON, | ) | |
| a/k/a "Tiga," | ) | |
| a/k/a "Too Tall," | ) | |
| a/k/a "Fredrick Wilson," | ) | |
| a/k/a "Frederick Wilson," | ) | |
| DEXTER WHITE, | ) | |
| PATRICE LEE, | ) | |
| BRITTANY HUSTON, | ) | |
| CARLOS LEWIS, | ) | |
| a/k/a "Big Los Lewis," | ) | |
| a/k/a "Fat Boy," | ) | |
| DEONTOE HUSTON, | ) | |
| a/k/a "Popeye," | ) | |
| a/k/a "Pie," | ) | |
| LARRY CASSIDY, JR., | ) | |
| ROBERT EARL WILLIAMS, JR., | ) | |
| a/k/a "Yak," | ) | |
| PHILLIP SEAN MOSLEY, | ) | |
| a/k/a "Sean," and | ) | |
| JANICE WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**INDICTMENT**

THE GRAND JURY CHARGES:

## COUNT ONE

1.      Beginning at a time unknown to the grand jury, but through at least in or about July 2015, in the Western District of Tennessee and elsewhere, the defendants,

**JOHNNIE WILBORN,**
a/k/a "T-Baby,"
a/k/a "T-Dot,"
**TRAVIS HUSTON,**
aka "Ball-out,"
**FRED WILSON,**
a/k/a "Tiga,"
a/k/a "Too Tall,"
a/k/a "Fredrick Wilson,"
a/k/a "Frederick Wilson,"
**DEXTER WHITE,**
**PATRICE LEE,**
**BRITTANY HUSTON,**
**CARLOS LEWIS,**
a/k/a "Big Los Lewis,"
a/k/a "Fat Boy,"
**DEONTOE HUSTON,**
a/k/a "Popeye,"
a/k/a "Pie,"
**LARRY CASSIDY, JR.,**
**ROBERT EARL WILLIAMS, JR.,**
a/k/a "Yak," and
**PHILLIP SEAN MOSLEY,**
a/k/a "Sean,"

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree together and with other persons both known and unknown to the grand jury, to unlawfully, knowingly and intentionally possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 846.

2

## Quantity of Methamphetamine Involved in the Conspiracy

2.      With respect to defendant **JOHNNIE WILBORN**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

3.      With respect to defendant **TRAVIS HUSTON**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

4.      With respect to defendant **FRED WILSON**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

5.      With respect to defendant **DEXTER WHITE**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

6.      With respect to defendant **PATRICE LEE**, the amount involved in the

conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is not less than 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

7.      With respect to defendant **BRITTANY HUSTON**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is not less than 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

8.      With respect to defendant **CARLOS LEWIS**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

9.      With respect to defendant **DEONTOE HUSTON**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

10.     With respect to defendant **LARRY CASSIDY, JR.**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 50 grams or more of

a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

11.     With respect to defendant **ROBERT EARL WILLIAMS, JR,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

12.     With respect to defendant **PHILLIP SEAN MOSLEY,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is not less than 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

<u>**COUNT TWO**</u>

12.     Beginning at a time unknown to the grand jury, but through at least in or about July 2015, in the Western District of Tennessee and elsewhere, the defendants:

**JOHNNIE WILBORN,**
a/k/a "T-Baby,"
a/k/a "T-Dot,"
**TRAVIS HUSTON,**
aka "Ball-out,"
**DEXTER WHITE,**
**BRITTANY HUSTON, and**
**JANICE WHITE,**

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree

5

with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a)    to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to commit drug trafficking in violation of Title 21 U.S.C. 846, with the intent to promote the carrying on of specified unlawful activity, that is conspiracy to commit drug trafficking, in violation of Title 21 U.S.C. 846, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b)    to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to commit drug trafficking in violation of Title 21 U.S.C. 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(c)    to knowingly conduct and attempt to conduct financial transactions

6

affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is conspiracy to commit drug trafficking, in violation of Title 21 U.S.C. 846, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under Federal law, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii); all in violation of Title 18, United States Code, Section 1956(h).

## CRIMINAL FORFEITURE

1.      The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

2.      Pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982, upon conviction of an offense in violation of Title 21, United States Code, Section 846, and/or Title 18, United States Code, Section 1956, the defendants,

**JOHNNIE WILBORN,**
**a/k/a "T-Baby,"**
**a/k/a "T-Dot,"**
**TRAVIS HUSTON,**
**aka "Ball-out,"**
**FRED WILSON,**
**a/k/a "Tiga,"**
**a/k/a "Too Tall,"**
**a/k/a "Fredrick Wilson,"**
**a/k/a "Frederick Wilson,"**

7

**DEXTER WHITE,**
**PATRICE LEE,**
**BRITTANY HUSTON,**
**CARLOS LEWIS,**
**a/k/a "Big Los Lewis,"**
**a/k/a "Fat Boy,"**
**DEONTOE HUSTON,**
**a/k/a "Popeye,"**
**a/k/a "Pie,"**
**LARRY CASSIDY, JR.,**
**ROBERT EARL WILLIAMS, JR.,**
**a/k/a "Yak,"**
**PHILLIP SEAN MOSLEY,**
**a/k/a "Sean," and**
**JANICE WHITE,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense charged in Count 1, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, that offense, and any property involved in the offense charged in Count 2, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

    a.    **Money Judgments**:

        1)    The sum of one million, seven hundred thousand dollars ($1,700,000) in U.S. funds, representing the aggregate of the proceeds realized as a result of the offense charged in Count 1 above, for which the defendants are jointly and severally liable;

        2)    The sum of dollars two hundred and fifty-four thousand dollars ($254,000) in U.S. funds, representing the aggregate of the property involved in offense charged in Count 2 above, for which the defendants are jointly and severally liable.

8

**Substitute Assets**

3.      If any of the property described above, as a result of any act or omission of the defendants:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                 **A TRUE BILL:**


                 _____
                 **F O R E P E R S O N**

**DATED:**_____


_____
**EDWARD L. STANTON III**
**UNITED STATES ATTORNEY**

FRENCH

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNNIE WILBORN, | ) |
| a/k/a "T-Baby," | ) |
| a/k/a "T-Dot," | ) |
| TRAVIS HUSTON, | ) |
| aka "Ball-out," | ) |
| FRED WILSON, | ) |
| a/k/a "Tiga," | ) |
| a/k/a "Too Tall," | ) |
| a/k/a "Fredrick Wilson," | ) |
| a/k/a "Frederick Wilson," | ) |
| DEXTER WHITE, | ) |
| PATRICE LEE, | ) |
| BRITTANY HUSTON, | ) |
| CARLOS LEWIS, | ) |
| a/k/a "Big Los Lewis," | ) |
| a/k/a "Fat Boy," | ) |
| DEONTOE HUSTON, | ) |
| a/k/a "Popeye," | ) |
| a/k/a "Pie," | ) |
| LARRY CASSIDY, JR., | ) |
| ROBERT EARL WILLIAMS, JR., | ) |
| a/k/a "Yak," | ) |
| PHILLIP SEAN MOSLEY, | ) |
| a/k/a "Sean," and | ) |
| JANICE WHITE, | ) |
| | ) |
| Defendants. | ) |

**FILED UNDER SEAL**

Cr. No. _15-20124_

21 U.S.C. § 846
18 U.S.C. § 1956(h)

## NOTICE OF PENALTIES

## COUNT 1

The penalties for defendants **Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, and Patrice Lee** are:

Nlt 10 yrs, nmt life; nmt $10,000,000 fine or both; nlt 5 yrs supervised release (or after one prior drug felony conviction, nlt 20 yrs, nmt life; nmt $20,000,000 fine or both; nlt 10 yrs supervised release; or after two or more prior drug felony convictions, mandatory life imprisonment); and a mandatory special assessment of $100, see 18 U.S.C.§ 3013(a).

The penalties for defendants **Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., and Phillip Sean Mosley** are:

Nlt 5 yrs, nmt 40 yrs; nmt $5,000,000 fine or both; nlt 4 yrs supervised release (or after one prior drug felony conviction, nlt 10 yrs, nmt life; nmt $8,000,000 fine or both; nlt 8 yrs supervised release); and a mandatory special assessment of $100, see 18 U.S.C.§ 3013(a).

## COUNT 2

Nmt 20 yrs; nmt $500,000 fine or twice the value of the involved property, whichever is greater; nmt 3 yrs supervised release; and a mandatory special assessment of $100, see 18 U.S.C.§ 3013(a).

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Tennessee

UNITED STATES OF AMERICA )
v. )
ROBERT EARL WILLIAMS, JR. )
)
)
)
)
)

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 2:15CR20174-10-SHL

USM Number: 27553-076

Stephen A. Sauer, CJA
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s)    One (1) of the Indictment on 1/19/2016

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine | 7/31/2015 | 1 |
| | | | |

The defendant is sentenced as provided in pages 2 through _____5_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/21/2016
Date of Imposition of Judgment

s/Sheryl H. Lipman
Signature of Judge

Sheryl H. Lipman        U.S. District Judge
Name and Title of Judge

4/21/2016
Date

AO 245B    (Rev. 09/11) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:  ROBERT EARL WILLIAMS, JR.
CASE NUMBER:  2:15CR20174-10-SHL

# IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

     60 MONTHS

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☑ as notified by the Clerk of Court.

   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B     (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

DEFENDANT:   ROBERT EARL WILLIAMS, JR.
CASE NUMBER:   2:15CR20174-10-SHL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

     4 YEARS

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check, if applicable.)*

☑   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check, if applicable.)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

5)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

6)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;

7)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, and shall submit to periodic urinalysis test as directed by the probation officer to determine the use of any controlled substance;

8)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

9)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

10)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

11)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

12)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13)   if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3A — Supervised Release

DEFENDANT:   ROBERT EARL WILLIAMS, JR.
CASE NUMBER:   2:15CR20174-10-SHL

## ADDITIONAL SUPERVISED RELEASE TERMS

1.   The defendant shall submit to drug testing and treatment programs as directed by the Probation Officer.

2.   The defendant shall participate in vocational training as directed by the Probation Officer.

3.   The defendant shall participate in cognitive behavioral therapy as directed by the Probation Officer.

AO 245B  (Rev. 09/11) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __5__

DEFENDANT: ROBERT EARL WILLIAMS, JR.
CASE NUMBER: 2:15CR20174-10-SHL

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |
| | (Due immediately) | | |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | Address | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTALS** | $ 0.00 | | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

51AH

# U.S. District Court
## Western District of Tennessee (Memphis)
## CRIMINAL DOCKET FOR CASE #: 2:15-cr-20174-SHL-10
### Internal Use Only

Case title: United States of America v. Wilborn et al

Date Filed: 07/22/2015
Date Terminated: 04/21/2016

Assigned to: Judge Sheryl H. Lipman

**Defendant (10)**

**Robert Earl Williams, Jr.**
USM # 27553-076
YAZOO CITY LOW - FCI
P.O. BOX 5000
YAZOO CITY, MS 39194
*TERMINATED: 04/21/2016*
*also known as*
Yak
*TERMINATED: 04/21/2016*

represented by **Stephen A. Sauer**
LAW OFFICE OF STEPHEN A. SAUER
45 North Third Street
2nd Floor
Memphis, TN 38103
901-334-4005
Fax: 901-522-0053
Email: trylk9@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

21:846=CD.F - CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE
(1)

**Disposition**

60 months imprisonment and 4 years
supervised release.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

United States of America                    represented by **Daniel T. French - AUSA**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: latonya.weeks@usdoj.gov
*TERMINATED: 10/13/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Reagan Fondren**
UNITED STATES ATTORNEY'S OFFICE
167 N. Main St.
Suite 800
Memphis, TN 38103
901-969-2920
Fax: 202-307-8231
Email: Reagan.Fondren@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Kimbril-Parks**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Fax: 901-544-4230
Email: michelle.parks@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2015 | 1 | MOTION to Seal Indictment by United States of America as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley and Janice White. (smm) (Entered: 07/22/2015) |
| 07/22/2015 | 2 | ORDER GRANTING AUSA'S Motion to Seal Indictment 1 as to Johnnie Wilborn (1), Travis Huston (2), Fred Wilson (3), Dexter White (4), Patrice Lee (5), Brittany Huston (6), Carlos Lewis (7), Deontoe Huston (8), Larry Cassidy Jr. (9), Robert Earl Williams Jr. (10), Phillip Sean Mosley (11) and Janice White (12). Signed by Chief Magistrate Judge Diane K. Vescovo on 07/22/2015. (Vescovo, Diane) (Entered: 07/22/2015) |
| 07/22/2015 | 3 | INDICTMENT as to Johnnie Wilborn (1) count(s) 1, 2, Travis Huston (2) count(s) 1, 2, Fred Wilson (3) count(s) 1, Dexter White (4) count(s) 1, 2, Patrice Lee (5) count(s) 1, Brittany Huston (6) count(s) 1, 2, Carlos Lewis (7) count(s) 1, Deontoe Huston (8) count(s) 1, Larry Cassidy, Jr (9) count(s) 1, Robert Earl Williams, Jr |

| | | |
|---|---|---|
| | | (10) count(s) 1, Phillip Sean Mosley (11) count(s) 1, Janice White (12) count(s) 2. (smm) (Entered: 07/22/2015) |
| 07/22/2015 | 4 | INDICTMENT (PENALTY COPY) as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White. (Attachments: # 1 Notice of Penalties) (smm) (Entered: 07/22/2015) |
| 07/29/2015 | 24 | Arrest Warrant Returned Executed on 07/29/2015 as to Robert Earl Williams, Jr. (smm) (Entered: 07/29/2015) |
| 07/29/2015 | | Case unsealed as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley and Janice White per AUSA Tony Arvin's oral request at the Initial Appearance of the defendants. (smm) (Entered: 07/29/2015) |
| 07/29/2015 | 33 | Minute Entry for proceedings held before Magistrate Judge Tu M. Pham as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr. and Phillip Sean Mosley: Initial Appearance as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr. and Phillip Sean Mosley was held on 7/29/2015. AUSA Tony Arvin's oral request to unseal the case as to these defendants is granted. The court read the charges to the defenants and advised them of their rights. Defendants' request for court appointed counsel is granted. Financial Affidavit entered by the defendants. The court declared the defendants indigent and appointed counsel from the CJA Panel for each defendant. Government seeks detention. Detention Hearing set for **Monday, August 3, 2015 at 2:30 PM (CST)** in Courtroom 5 - Memphis before Chief Magistrate Judge Diane K. Vescovo. Order of Temporary Detention entered. Defendants remanded to the custody of the USM. (AUSA: Tony Arvin and Daniel French) (Defense Counsel: None Present) (Tape #FTR.) (smm) (Entered: 07/29/2015) |
| 07/29/2015 | 🔒 42 | CJA 23 Financial Affidavit by Robert Earl Williams, Jr. (smm) (Entered: 07/29/2015) |
| 07/29/2015 | 46 | ORDER APPOINTING CJA COUNSEL as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr. and Phillip Sean Mosley. Signed by Magistrate Judge Tu M. Pham on 07/29/2015. (Pham, Tu) (Entered: 07/29/2015) |
| 07/29/2015 | 47 | ORDER OF TEMPORARY DETENTION as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr. and Phillip Sean Mosley Detention Hearing set for Monday, August 3, 2015 at 02:30 PM in Courtroom 5 - Memphis before Chief Magistrate Judge Diane K. Vescovo. Signed by Magistrate Judge Tu M. Pham on 07/29/2015. (Pham, Tu) (Entered: 07/29/2015) |
| 07/30/2015 | 57 | CJA 20 and 21 as to Robert Earl Williams, Jr: Appointment of Attorney Stephen A. Sauer as to Robert Earl Williams Jr. Signed by Magistrate Judge Tu M. Pham on 07/29/2015. (Pham, Tu) (Entered: 07/30/2015) |
| 08/03/2015 | 65 | Appearance Bond Entered as to Robert Earl Williams, Jr in the amount of $ 5,000.00 with a 10% cash deposit paid to the Clerk of Court, Receipt # M4676025044. (jld) (Entered: 08/03/2015) |
| 08/03/2015 | 73 | Minute Entry for proceedings held before Chief Magistrate Judge Diane K. Vescovo: Detention Hearing as to Robert Earl Williams, Jr held on 8/3/2015. |

| | | | |
|---|---|---|---|
| | | | Government agrees to a bond for the defendant. Bond set at $5,000.00 with a 10% Cash Deposit paid to the Clerk of Court. Arraignment as to Robert Earl Williams Jr. (10) Count 1 held on 8/3/2015. Defendant waived the formal reading of the Indictment and a NOT GUILTY plea entered on all counts. Trial Date and Report Date to be set and noticed by the District Court. (AUSA: D. French. Defense Counsel: S. Sauer-CJA.) (Tape #FTR) (cas) (Entered: 08/03/2015) |
| 08/03/2015 | 🔒 | 88 | *SEALED* Sealed Bail Information Sheet as to Robert Earl Williams, Jr. (cas) (Entered: 08/04/2015) |
| 08/03/2015 | | 89 | ORDER Setting Conditions of Release as to Robert Earl Williams Jr. (10) $5,000.00-10% Cash Deposit paid to the Clerk of Court. Signed by Chief Magistrate Judge Diane K. Vescovo on 8/3/2015. (Vescovo, Diane) (Entered: 08/04/2015) |
| 08/04/2015 | | 77 | SETTING LETTER as to Patrice Lee, Brittany Huston, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr. & Phillip Sean Mosley. 1st Report Date set for Tuesday, 8/18/2015 at 3:00 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) (Entered: 08/04/2015) |
| 08/07/2015 | | 103 | Rule 16 Discovery Request/Response by Robert Earl Williams, Jr (Sauer, Stephen) (Entered: 08/07/2015) |
| 08/18/2015 | | 126 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: 1st Report Date as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White held on 8/18/2015. Daniel French appearing for the Government. Lee Gerald appearing for Defendant Johnnie Wilborn (in custody and present). Robert Brooks appearing for Defendant Travis Huston (on bond and present). Arthur Horne appearing for Defendant Dexter White (in custody and present). Valentine Darker appearing for Defendant Patrice Lee (on bond and present). Barry McWhirter appearing for Defendant Brittany Huston (on bond and present). James Edward Thomas appearing for Defendant Carlos Lewis (in custody and present). Taurus Bailey appearing for Defendant Deontoe Huston (on bond and present). Lee Gerald appearing for Defendant Larry Cassidy, Jr. (in custody and present) on behalf of Michael Scholl. Stephen Sauer appearing for Defendant Robert Earl Williams, Jr. (on bond and present). Arthur Quinn appearing for the Defendant Phillip Sean Mosely (on bond and present). Doris Randle-Holt appearing for the Defendant Janice White (on bond and present) on behalf of Tyrone Paylor. Discovery due by 8/28/2015. Attorney Lee Gerald to file a motion for a discovery coordinator on behalf of all the Defendants. Report Date reset for Thursday, 10/1/2015 at 2:00 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Schedule to be set at next report date. Trial is estimated to last 2 weeks for all Defendants. Time excluded from 8/18/2015 until 10/1/2015 as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. All the Defendants custody / in-custody status to remain the same. (Court Reporter: Brenda Parker) (jpw) (Entered: 08/18/2015) |
| 08/18/2015 | | 128 | SETTING LETTER as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. Report Date reset for Thursday, 10/1/2015 at 2:00 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) (*Main Document 128 replaced on 8/19/2015 to correct the date |

| | | |
|---|---|---|
| | | the setting letter was sent out - from 8/28/2015 to 8/18/2015) (jpw). (Entered: 08/18/2015) |
| 08/21/2015 | 138 | MOTION to Amend/Correct 89 Order Setting Conditions of Release *Proposed Order Submitted* by Robert Earl Williams, Jr. (Sauer, Stephen) (Entered: 08/21/2015) |
| 08/21/2015 | 139 | ORDER granting 138 Motion to Amend/Correct as to Robert Earl Williams Jr. (10). Signed by Judge Sheryl H. Lipman on 8/21/15. (Lipman, Sheryl) (Entered: 08/21/2015) |
| 08/24/2015 | 141 | MOTION for Disclosure *with proposed Order submitted* by United States of America as to Johnnie Wilborn, Travis Huston, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White. (French, Daniel) (Entered: 08/24/2015) |
| 08/24/2015 | 142 | ORDER granting 141 Motion for Disclosure as to Johnnie Wilborn (1), Travis Huston (2), Dexter White (4), Patrice Lee (5), Brittany Huston (6), Carlos Lewis (7), Deontoe Huston (8), Larry Cassidy Jr. (9), Robert Earl Williams Jr. (10), Phillip Sean Mosley (11) & Janice White (12). Signed by Judge Sheryl H. Lipman on 8/24/2015. (Lipman, Sheryl) (Entered: 08/24/2015) |
| 08/25/2015 | 149 | ORDER APPOINTING SHAZZIE NASEEM AS COORDINATING DISCOVERY ATTORNEY. Signed by Judge Sheryl H. Lipman on 8/25/2015. (Lipman, Sheryl) Modified on 8/26/2015 to unseal document per Order of the Court (Lipman, Sheryl). (Entered: 08/25/2015) |
| 08/26/2015 | 150 | First MOTION to Unseal Document *proposed order submitted* by Johnnie Wilborn as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White. (Gerald, Lee) (Entered: 08/26/2015) |
| 08/26/2015 | 152 | ORDER granting 150 Motion to Unseal Document as to Johnnie Wilborn (1), Travis Huston (2), Fred Wilson (3), Dexter White (4), Patrice Lee (5), Brittany Huston (6), Carlos Lewis (7), Deontoe Huston (8), Larry Cassidy Jr. (9), Robert Earl Williams Jr. (10), Phillip Sean Mosley (11) & Janice White (12). Signed by Judge Sheryl H. Lipman on 8/26/2015. (Lipman, Sheryl) (Entered: 08/26/2015) |
| 08/27/2015 | 153 | Rule 16 Discovery Request/Response by United States of America as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White (French, Daniel) (Entered: 08/27/2015) |
| 09/22/2015 | 163 | Rule 16 Discovery Request/Response by United States of America as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White (French, Daniel) (Entered: 09/22/2015) |
| 10/01/2015 | 167 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Report Date as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White held on 10/1/2015. Jerry Kitchen appearing for the Government. Lee Gerald appearing for Defendant Johnnie Wilborn (on bond, but not present - defense counsel to file a motion to waive/excuse appearance with signed affidavit). Robert Brooks appearing for Defendant Travis Huston (on bond and present). Christopher Sullivan appearing |

| | | |
|---|---|---|
| | | for Defendant Fred Wilson (in custody and present). Murray Wells appearing for Defendant Dexter White (in custody and present) on behalf of Arthur Horne. Valentine Darker appearing for Defendant Patrice Lee (on bond and present). Barry McWhirter appearing for Defendant Brittany Huston (on bond and present). James Edward Thomas appearing for Defendant Carlos Lewis (on bond and present). Taurus Bailey appearing for Defendant Deontoe Huston (on bond and present). Michael Scholl appearing for Defendant Larry Cassidy, Jr. (in custody and present). Stephen Sauer appearing for Defendant Robert Earl Williams, Jr. (on bond and present). Arthur Quinn appearing for the Defendant Phillip Sean Mosely (on bond and present). Howard Manis appearing for the Defendant Janice White (on bond and present). The Court was updated re: discovery. Report Date reset for Thursday, 11/5/2015 at 1:30 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Jury Trial tentatively set for Monday, 2/8/2016 at 9:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Trial is estimated to last 2 weeks for all Defendants. Time excluded from 10/1/2015 until 11/5/2015 as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. All the Defendants custody / in-custody status to remain the same. (Court Reporter: Brenda Parker) (jpw) (Entered: 10/01/2015) |
| 10/01/2015 | 169 | SETTING LETTER as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. Report Date reset for Thursday, 11/5/2015 at 1:30 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) (Entered: 10/01/2015) |
| 11/05/2015 | 181 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Report Date as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White held on 11/5/2015. Lee Gerald appearing for Defendant Johnnie Wilborn (on bond, but not present - appearance waived/excused). Jeff Woods appearing for Defendant Travis Huston (on bond and present). Christopher Sullivan appearing for Defendant Fred Wilson (in custody and present). Jeff Woods appearing for Defendant Dexter White (in custody and present) on behalf of Arthur Horne. Valentine Darker appearing for Defendant Patrice Lee (on bond and present). Barry McWhirter appearing for Defendant Brittany Huston (on bond and present). James Edward Thomas appearing for Defendant Carlos Lewis (on bond and present). Taurus Bailey appearing for Defendant Deontoe Huston (on bond and present). Howard Manis appearing for Defendant Larry Cassidy, Jr. (in custody and present) on behalf of Michael Scholl. Lee Gerald appearing for Defendant Robert Earl Williams, Jr. (on bond and present) on behalf of Stephen Sauer. Arthur Quinn appearing for the Defendant Phillip Sean Mosely (on bond and present). Howard Manis appearing for the Defendant Janice White (on bond and present). Discovery is complete. The Discovery Coordinator's work shall be made available to the Defendants by 11/13/2015. Pretrial Motions due by 11/30/2015. Final Report Date set for Thursday, 12/17/2015 at 12:30 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Change of Plea deadline is 12/17/2015. Jury Trial set for Monday, 2/8/2016 at 9:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Trial is estimated to last 2 weeks. Time excluded from 11/5/2015 through 2/12/2016 as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. All Defendant's |

| | | |
|---|---|---|
| | | custody / bond status to remain the same. (Court Reporter: Mark Dodson) (jpw) (Entered: 11/05/2015) |
| 11/05/2015 | 182 | SCHEDULING ORDER as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley& Janice White. Discovery is complete. The Discovery Coordinator's work shall be made available to the Defendants by 11/13/2015. Pretrial Motions due by 11/30/2015. Final Report Date set for Thursday, 12/17/2015 at 12:30 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Change of Plea deadline is 12/17/2015. Jury Trial set for Monday, 2/8/2016 at 9:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Trial is estimated to last 2 weeks. Time excluded from 11/5/2015 through 2/12/2016 as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. Signed by Judge Sheryl H. Lipman on 11/5/2015. (Lipman, Sheryl) (Entered: 11/05/2015) |
| 11/30/2015 | 195 | MOTION for Extension of Time to File *Pre-Trial Motions* by Robert Earl Williams, Jr. (Sauer, Stephen) (Entered: 11/30/2015) |
| 11/30/2015 | 198 | ORDER granting 195 Motion for Extension of Time to File Pretrial Motions as to Robert Earl Williams Jr. (10). Pretrial Motions due by 12/17/2015. Signed by Judge Sheryl H. Lipman on 11/30/2015. (Lipman, Sheryl) (Entered: 11/30/2015) |
| 11/30/2015 | 199 | ORDER EXTENDING DEADLINE TO FILE PRETRIAL MOTIONS AS TO ALL DEFENDANTS. The Court sua sponte extends the deadline to file pretrial motions in the above case to December 17, 2015 as to all Defendants. Signed by Judge Sheryl H. Lipman on 11/30/2015. (Lipman, Sheryl) (Entered: 11/30/2015) |
| 11/30/2015 | | Set/Reset Deadlines as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White: Pretrial Motions due by 12/17/2015. (jpw) (Entered: 12/01/2015) |
| 12/16/2015 | 209 | Second MOTION for Extension of Time to File *Proposed Order Submitted* by Robert Earl Williams, Jr. (Sauer, Stephen) (Entered: 12/16/2015) |
| 12/17/2015 | 210 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Report Date as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White held on 12/17/2015. Lee Gerald appearing for Defendant Johnnie Wilborn (not present - defendant in custody in the EDCA). Taurus Bailey appearing for Defendant Travis Huston (on bond and present) on behalf of Jeff Woods. Christopher Sullivan appearing for Defendant Fred Wilson (in custody and present). Arthur Horne appearing for Defendant Dexter White (in custody and present). Valentine Darker appearing for Defendant Patrice Lee (on bond and present). Barry McWhirter appearing for Defendant Brittany Huston (on bond and present). James Edward Thomas appearing for Defendant Carlos Lewis (on bond and present). Taurus Bailey appearing for Defendant Deontoe Huston (on bond and present). Michael Scholl appearing for Defendant Larry Cassidy, Jr. (in custody and present). Stephen Sauer appearing for Defendant Robert Earl Williams, Jr. (on bond and present). Arthur Quinn appearing for the Defendant Phillip Sean Mosely (on bond and present). Howard Manis appearing for the Defendant Janice White (on bond and present). Any Defendant challenging the money laundering count has until 12/21/2015 to file a motion. 209 Defendant Robert Earl Williams, Jr.'s Motion to Extend Deadline to |

| | | |
|---|---|---|
| | | File Pretrial Motions heard and denied. Change of Plea deadline extended to 1/15/2016. Final Report Date reset for Friday, 1/15/2016 at 10:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Jury Trial remains set for Monday, 2/8/2016 at 9:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. All Defendants custody/bond status to remain the same. (Court Reporter: Brenda Parker) (jpw) (Entered: 12/18/2015) |
| 12/18/2015 | 211 | SETTING LETTER as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr., Robert Earl Williams, Jr., Phillip Sean Mosley & Janice White. Report Date reset for Friday, 1/15/2016 at 10:30 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) (Entered: 12/18/2015) |
| 01/15/2016 | 236 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Final Report Date as to Robert Earl Williams, Jr. held on 1/15/2016. Reagan Taylor appearing for the Government. Michael Scholl appearing for the Defense on behalf of Stephen Sauer. Defendant on bond and present in court. Change of Plea Hearing set for Tuesday, 1/19/2016 at 3:00 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. Defendant allowed to remain on present bond. (Court Reporter: Brenda Parker) (jpw) (Entered: 01/15/2016) |
| 01/15/2016 | 237 | SETTING LETTER as to Robert Earl Williams, Jr. Change of Plea Hearing set for Tuesday, 1/19/2016 at 3:00 PM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) *Please submit the proposed plea agreement, a summary of the elements of the offense(s) charges and the statutory penalties to chambers at least one (1) day in advance of the change of plea hearing by emailing it to: ECF_Judge_Lipman@tnwd.uscourts.gov *Modified on 1/15/2016 (jpw). (Entered: 01/15/2016) |
| 01/19/2016 | 252 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT, report date as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White held on 01-15-2016, before Judge Sheryl H. Lipman. Court Reporter Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A. |
| | | Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements. |
| | | Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 1/25/2016. Redaction Request due 2/9/2016. Release of Transcript Restriction set for 4/18/2016. (Parker, Brenda) (Entered: 01/19/2016) |
| 01/19/2016 | 254 | *SEALED* *PLEASE DISREGARD THIS DOCUMENT. ENTERED IN ERROR AS TO WRONG CO-DEFENDANT. *Modified on 1/19/2016 (jpw). (Entered: 01/19/2016) |
| 01/19/2016 | 255 | *SEALED* *PLEASE DISREGARD THIS DOCUMENT. ENTERED IN |

| | | | |
|---|---|---|---|
| | | | ERROR AS TO WRONG CO-DEFENDANT. *Modified on 1/19/2016 (jpw). (Entered: 01/19/2016) |
| 01/19/2016 | 🔒 | 256 | *SEALED* *PLEASE DISREGARD THIS DOCUMENT. ENTERED IN ERROR AS TO WRONG CO-DEFENDANT. *Modified on 1/19/2016 (jpw). (Entered: 01/19/2016) |
| 01/19/2016 | | 260 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Change of Plea Hearing as to Robert Earl Williams, Jr. held on 1/19/2016. Regan Taylor appearing for the Government. Stephen Sauer appearing for the Defense. Defendant on bond and present in court. Defendant sworn. Written Plea Agreement filed in open court. Guilty Plea entered by Robert Earl Williams Jr. (10) as to Count 1 of the Indictment. The Government is not seeking the criminal forfeiture as to this defendant. Plea colloquy/basis in fact by the Government. Guilty Plea accepted. Sentencing set for Thursday, 4/21/2016 at 10:00 AM before Judge Sheryl H. Lipman. Defendant allowed to remain on present bond pending sentencing. (Court Reporter: Brenda Parker) (jpw) (Entered: 01/19/2016) |
| 01/19/2016 | | 261 | SETTING LETTER as to Robert Earl Williams, Jr. Sentencing set for Thursday, 4/21/2016 at 10:00 AM in Courtroom 4 - Memphis before Judge Sheryl H. Lipman. (jpw) (Entered: 01/19/2016) |
| 01/19/2016 | | 262 | ORDER ON CHANGE OF PLEA as to Robert Earl Williams, Jr. Signed by Judge Sheryl H. Lipman on 1/19/2016. (Lipman, Sheryl) (Entered: 01/19/2016) |
| 01/19/2016 | | 263 | PLEA AGREEMENT as to Robert Earl Williams, Jr. (jpw) (Entered: 01/19/2016) |
| 01/28/2016 | | 288 | ORDER granting 287 Motion to Continue Trial as to all defendants. The Trial date of Monday, February 8, 2016 at 9:30 A.M. is STRICKEN as to all defendants. Signed by Judge Sheryl H. Lipman on 1/28/2016. (Lipman, Sheryl) (Entered: 01/28/2016) |
| 01/28/2016 | | | Terminated Deadlines and Hearings as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert Earl Williams, Jr, Phillip Sean Mosley, Janice White. (jpw) (Entered: 01/28/2016) |
| 02/01/2016 | | 290 | TRANSCRIPT RELEASE NOTICE: By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document #183: Release date 2/8/2016. (cas) (Entered: 02/01/2016) |
| 03/24/2016 | 🔓 | 359 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT, change of plea as to Phillip Mosley, held on 01-19-2016, before Judge Sheryl H. Lipman. Court Reporter |

Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A.

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 3/29/2016. Redaction Request due 4/14/2016. Release of Transcript Restriction set for 6/22/2016. (Parker, Brenda) (Entered: 03/24/2016)

| 03/24/2016 | 🔒 360 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT, change of plea as to Travis Huston, held on 02-03-2016, before Judge Sheryl H. Lipman. Court Reporter Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A.

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 3/29/2016. Redaction Request due 4/14/2016. Release of Transcript Restriction set for 6/22/2016. (Parker, Brenda) (Entered: 03/24/2016) |
| --- | --- | --- |
| 03/24/2016 | 🔒 361 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT, change of plea as to Deontoe Huston, held on 1-20-2016, before Judge Sheryl H. Lipman. Court Reporter Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A.

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 3/29/2016. Redaction Request due 4/14/2016. Release of Transcript Restriction set for 6/22/2016. (Parker, Brenda) (Entered: 03/24/2016) |
| 03/24/2016 | 🔒 362 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Robert Earl Williams, |

Jr., held on 01-19-2016, before Judge Sheryl H. Lipman. Court Reporter Brenda Parker, Telephone number 901-526-8769. Tape Number: N/A.

Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in this matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript, and twenty-one (21) calendar days to file a Request for Redaction. Redaction is the responsibility of the attorneys and pro se litigants who attended the hearing to which the transcription applies. Each party is responsible for reviewing and requesting redaction of testimony of witnesses that were called for the party and for that party's own statements.

Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Notice of Intent to Request Redaction due 3/29/2016. Redaction Request due 4/14/2016. Release of Transcript Restriction set for 6/22/2016. (Parker, Brenda) (Entered: 03/24/2016)

| 04/06/2016 | 368 | POSITION REGARDING PRESENTENCE REPORT by United States of America as to Robert Earl Williams, Jr . (Taylor, Reagan) (Entered: 04/06/2016) |
|---|---|---|
| 04/11/2016 | 374 | TRANSCRIPT RELEASE NOTICE: <br><br> By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. <br><br> Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 252 : Release Date: 04/18/2016.(smm) (Entered: 04/11/2016) |
| 04/12/2016 | 383 | POSITION REGARDING PRESENTENCE REPORT by Robert Earl Williams, Jr . (Sauer, Stephen) (Entered: 04/12/2016) |
| 04/19/2016 | 🔒 389 | RELEASE STATUS REPORT as to Robert Earl Williams, Jr. (Fleming, Loretta) (Entered: 04/19/2016) |
| 04/21/2016 | 397 | Minute Entry for proceedings held before Judge Sheryl H. Lipman: Sentencing held on 4/21/2016 for Robert Earl Williams, Jr. (10). Reagan Taylor appearing for the Government. Stephen Sauer appearing for the Defense. Defendant on bond and present in court. Defendant heretofore entered a plea of guilty as to Count 1 of the Indictment on 1/19/2016. Defendant sentenced to 60 months imprisonment and 4 years supervised release. Standard/Mandatory conditions of supervised release. Additional conditions: drug testing and treatment; vocational training; cognitive behavioral therapy; and DNA collection. Special assessment: $100.00. Defendant to surrender to the BOP as ordered. Defendant advised of appellate rights and |

| | | | |
|---|---|---|---|
| | | | handed appeal packet. (Court Reporter: Brenda Parker) (jpw) (Entered: 04/21/2016) |
| 04/21/2016 | 🔒 | 400 | JUDGMENT as to Robert Earl Williams, Jr. (10). Defendant sentenced to 60 months imprisonment and 4 years supervised release. Standard/Mandatory conditions of supervised release. Additional conditions: drug testing and treatment; vocational training; cognitive behavioral therapy; and DNA collection. Special assessment: $100.00. Defendant to surrender to the BOP as ordered. Signed by Judge Sheryl H. Lipman on 4/21/2016. (Lipman, Sheryl) (Entered: 04/21/2016) |
| 04/21/2016 | | 401 | REDACTED JUDGMENT as to Robert Earl Williams, Jr. (10). Defendant sentenced to 60 months imprisonment and 4 years supervised release. Standard/Mandatory conditions of supervised release. Additional conditions: drug testing and treatment; vocational training; cognitive behavioral therapy; and DNA collection. Special assessment: $100.00. Defendant to surrender to the BOP as ordered. Signed by Judge Sheryl H. Lipman on 4/21/2016. (Lipman, Sheryl) (Entered: 04/21/2016) |
| 04/26/2016 | | 411 | NOTICE OF PRISONER DESIGNATION as to Robert Earl Williams, Jr. Defendant to surrender to the BOP at FCI Memphis, 1101 John A. Denie Road, Memphis, TN 38134 by 5/18/2016. (jpw) (Entered: 04/26/2016) |
| 04/26/2016 | | 412 | ORDER TO SURRENDER as to Robert Earl Williams, Jr. The Defendant IS HEREBY ORDERED to surrender to the Bureau of Prisons by reporting to FCI Memphis, 1101 John A. Denie Road, Memphis, TN 38134 by 2:00 P.M. on WEDNESDAY, MAY 18, 2016.. Signed by Judge Sheryl H. Lipman on 4/26/2016. (Lipman, Sheryl) (Entered: 04/26/2016) |
| 05/02/2016 | | 415 | NOTICE of returned certified receipt number 7011 2970 0004 1355 4526. (jld) (Entered: 05/02/2016) |
| 05/10/2016 | | 433 | ACKNOWLEDGMENT of the Order To Surrender by Robert Earl Williams, Jr (jld) (Entered: 05/10/2016) |
| 06/13/2016 | | 489 | TRANSCRIPT RELEASE NOTICE: By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Documents 359 , 360 , 361 and 362 : Release Date: 06/22/2016. (smm) (Entered: 06/13/2016) |
| 07/01/2016 | | 500 | First MOTION to Continue *Sentencing, proposed order submitted* by Brittany Huston as to Johnnie Wilborn, Travis Huston, Fred Wilson, Dexter White, Patrice Lee, Brittany Huston, Carlos Lewis, Deontoe Huston, Larry Cassidy, Jr, Robert |

| | | Earl Williams, Jr, Phillip Sean Mosley, Janice White. (Mitchell, Charles) (Entered: 07/01/2016) |
|---|---|---|
| 08/02/2016 | 512 | Letter from Robert Earl Williams, Jr requesting docket sheet and sentencing transcript. (jld) (Entered: 08/02/2016) |
| 08/29/2016 | 546 | TRANSCRIPT RELEASE NOTICE:<br><br>By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 476 : Release Date: 09/06/2016. (smm) (Entered: 08/29/2016) |
| 10/03/2016 | 555 | TRANSCRIPT RELEASE NOTICE:<br><br>By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 504 : Release Date: 10/11/2016.(smm) (Entered: 10/03/2016) |
| 10/31/2016 | 556 | TRANSCRIPT RELEASE NOTICE:<br><br>By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. |

| | | |
|---|---|---|
| | | Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document #523: Release Date 11/10/2016. (cas) (Entered: 10/31/2016) |
| 12/09/2016 | 558 | MOTION for Refund of Bond for Robert Earl Williams, Jr. (jrs) (Entered: 12/09/2016) |
| 12/12/2016 | 559 | ORDER granting 558 Motion for Refund of Bond as to Robert Earl Williams Jr. (10). Signed by Judge Sheryl H. Lipman on 12/12/2016. (Lipman, Sheryl) (Entered: 12/12/2016) |
| 01/09/2017 | 561 | DISBURSEMENT MADE pursuant to 559 Order on Motion for Refund of Bond as to Robert Earl Williams, Jr. (mf) (Entered: 01/09/2017) |
| 09/11/2017 | 576 | TRANSCRIPT RELEASE NOTICE: <br><br> By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. <br><br> Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 568 : Release Date: 09/20/2017. (smm) (Entered: 09/11/2017) |
| 09/18/2017 | 577 | TRANSCRIPT RELEASE NOTICE: <br><br> By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence. <br><br> Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Documents 569 , 570 , 571 , 572 , 573 and 574 : Release Date: 09/25/2017. (smm) (Entered: 09/18/2017) |
| 11/26/2018 | 582 | TRANSCRIPT RELEASE NOTICE: |

| | | |
|---|---|---|
| | | By Administrative Order 2008-35 the United States District Court for the Western District of Tennessee implemented a policy regarding remote access to electronic transcripts. Pursuant to that policy, as well as Civil Rule 5.2 and Criminal Rule 49.1, each party's attorney is required to review a transcript for information that should be redacted pursuant to the Judicial Conference's privacy policy which requires that Social Security numbers be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. Additionally, in criminal case files, home addresses should reveal only the city and state of residence.<br><br>Our records indicate that the 90-day restriction on public access to an electronic transcript(s) in this matter will lapse within 10 days. If a redaction request is required but has not been filed, please do so immediately. Please feel free to contact our office for further guidance on this issue. Document 579 : Release Date: 12/06/2018. (smm) (Entered: 11/26/2018) |
| 09/11/2019 | 585 | PROB 12B ORDER (Order on Request for Modifying the Conditions of Supervision as to as to Robert Earl Williams, Jr). Signed by Judge Sheryl H. Lipman on 09/11/2019. (Attachments: # 1 Prob 49 - Waiver of Hearing) (Lipman, Sheryl) (Entered: 09/11/2019) |